& COMPANY, LTD., Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE L. FORD, Appellant.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ADELE T. SULTZBACH v. GEORGE F. SULTZBACH.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ISABEL COX and Others v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

DOUGLAS FAIRBANKS v. HYMAN WINIK and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ANNIE ISAACS v. JOSEPH ISAACS and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

H. WEBER & SON, INC., v. WILLIAM W. SWEET and Another, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WAITT OPERATING CO., INC., a Domestic Corporation, v. HENRY M. GOLDFOGLE and Others, as Commissioners of Taxes and Assessments of the City of New York.— Preference granted for March 14, 1924. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

MARIE A. RINGLER, Individually, etc., and Others v. CHRISTIAN E. JETTER and Others.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

STANDARD FILM SERVICE CORPORATION, Appellant, v. ALEXANDER FILM CORPORATION, Defendant, Impleaded with SHERLOCK HOLMES SERIES, INC., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

STANDARD FILM SERVICE CORPORATION, Appellant, v. ALEXANDER FILM CORPORATION and Others, Defendants, Impleaded with STOLL FILM COMPANY, LTD., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

L. C. SMITH & BROS. COMPANY, Respondent, v. CREDIT LYONNAIS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

KATIE PATTON PATTERSON, Respondent, v. SANJOR CORPORATION, a Domestic Corporation, and Others, Defendants, Impleaded with SAM S. & LEE SHUBERT, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

S. L. WILLIAMS COMPANY, INC., Appellant, v. HAROLD A. RIPLEY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title to the Elevated Railroad Structure, etc., of the Manhattan Railway Company, etc. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Respondent,